UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
REGINALD ANDERSON,

                Petitioner,

-against-

DALE ARTUS,

                Respondent.
---------------------------------------------------------X

JUDGMENT
03-CV-4815 (CBA)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 31 2006 ★
P.M. _____
TIME A.M. _____

An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on January 24, 2006, denying petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254; and ordering that a Certificate of Appealability will not issue; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that petitioner's petition for a writ of habeas corpus is denied; and that a Certificate of Appealability will not issue.

Dated: Brooklyn, New York
        January 24, 2006

/s/
ROBERT C. HEINEMANN
Clerk of Court